# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IJKG OPCO LLC, D/B/A CAREPOINT HEALTH - BAYONNE MEDICAL CENTER<br><br>Plaintiff,<br><br>v.<br><br>GENERAL TRADING COMPANY, CONSOLIDATED HEALTH PLANS INC., CIGNA CORPORATION, INC., ZELIS HEALTHCARE, INC. A/K/A PREMIER HEALTH EXCHANGE, INC., FIRST CHOICE INSURANCE SERVICES, L.L.C., AND STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 2:17-cv-06131-KM-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST FIRST CHOICE INSURANCE SERVICES, LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, IJKG OPCO LLC, d/b/a CarePoint Health - Bayonne Medical Center, by and through counsel, voluntarily dismisses its claims against Defendant First Choice Insurance Services, L.L.C., without prejudice.

**K&L GATES LLP**
*Attorneys for Plaintiff*
*IJKG OPCO, LLC, d/b/a*
*CarePoint Health - Bayonne Medical Center*

By: /s/ Anthony P. La Rocco
Anthony P. La Rocco

Dated: October 17, 2017